Samuel O. Barker, as Administrator, etc., of Howard O. Barker, Deceased, Appellant, v. Penn Bridge Company, Respondent.—Judgment and order affirmed, with costs. All concurred, except Kellogg and Betts, JJ., dissenting.

Adelina T. Bergholtz, Respondent, v. Ithaca Street Railway Company, Appellant.— Judgment unanimously affirmed, with costs.

Hattie A. Bancroft, Respondent, v. Frank W. Sprague, as Executor, etc., of Polly Butler, late of Gouverneur, New York, Deceased, Appellant.— Judgment modified by striking therefrom the recovery of costs, and as so modified unanimously affirmed, without costs.

Chase-Hibbard Milling Company, Appellant, v. The City of Elmira, Respondent.— Judgment unanimously affirmed, with costs.

Lewis L. Forman, Appellant, v. Edward H. Bostwick, Respondent, Impleaded with Randolph Horton and Others.— Judgment unanimously affirmed, with costs.

John I. Hildas, Respondent, v. Central-Hudson Steamboat Company, Appellant.— Judgment reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred.

Clarence Hammond, Respondent, v. Union Bag and Paper Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. All concurred.

Robert Johns, Respondent, v. Fred S. Walker, Appellant.— Judgment and order unanimously affirmed, with costs.

George B. Lewis, Respondent, v. John E. Du Bois, Appellant.— Judgment and order unanimously affirmed, with costs.

Thomas F. Larkins, as Administrator, etc., of James J. Larkins, Deceased, Respondent, v. The Mohican Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Catharine McGraw, as Administratrix, etc., of Mary Winters, Deceased, Appellant, v. The Prudential Insurance Company of America (Sarah Miles and Mary Hartman, Impleaded), Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent. All concurred.